**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

LARRY WILLIAM CORTINAS,

Plaintiff-Appellant,

v.

S. GATES; CONALL MCCABE; DAVE
DAVEY, Warden; R. GILL; J. LEWIS; C.
SMITH; S. RAMIREZ; R. PHAM; CELIA
BELL; ROBIN MCCONNELL; EDGAR
CLARK; CARMEN FISCHER, Esquire,

Defendants-Appellees.

No. 21-15018

D.C. No. 1:19-cv-01709-DAD-SKO

MEMORANDUM*

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted April 11, 2022**

Before:     McKEOWN, CHRISTEN, and BRESS, Circuit Judges.

California state prisoner Larry William Cortinas appeals pro se from the

district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate

_____

        *       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        **      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal of a complaint for failure to state a claim under 28 U.S.C. § 1915A. *Hayes v. Idaho Corr. Ctr.*, 849 F.3d 1204, 1208 (9th Cir. 2017). We affirm.

The district court properly dismissed Cortinas's action because Cortinas failed to allege facts sufficient to state a plausible claim. *See Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (although pro se pleadings are construed liberally, plaintiff must present factual allegations sufficient to state a plausible claim for relief); *Toguchi v. Chung*, 391 F.3d 1051, 1056-60 (9th Cir. 2004) (a prison official is deliberately indifferent only if he or she knows of and disregards an excessive risk to inmate health; medical malpractice, negligence, or a difference of opinion concerning the course of treatment does not amount to deliberate indifference).

Cortinas's motions to appoint counsel are denied.

**AFFIRMED.**